**No. 64609.**—Dreyfus Ashby & Co., Inc. *v.* United States, protest 59/13744 (New York).

Opinion by JOHNSON, J. It was stipulated that no allowance was made on one carton of liquor, reported by the inspector as mainfested, but not landed. In

accordance with stipulation of counsel and following *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), it was held that duty and internal revenue tax are not assessable upon the carton of liquor, reported by the inspector as not landed.